IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ANTWAAN BOGAAN                                                                          PLAINTIFF

V.                                                                              NO. 2:09CV104-P-D

ALFONSO BUFORD, et al.                                                              DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated September 17, 2009, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

(1) the Report and Recommendation of the United States Magistrate Judge dated September 17, 2009 (docket entry 9), is hereby APPROVED and ADOPTED as the opinion of the court;

(2) this matter is dismissed in accordance with Fed. R. Civ. P. 4l(b) based on the Plaintiff's failure to appear and comply with orders of the court; and

(3) this matter is CLOSED.

THIS the 21st day of October, 2009.

/s/ W. Allen Pepper, Jr.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI